IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| QUINCY TYRONE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:24cv239-MHT |
| | ) | (WO) |
| NONA ADAM BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Russell County Jail, filed this lawsuit complaining that the defendants subjected him to excessive force in violation of his Eighth Amendment rights and denied him his Fourteenth Amendment right to due process when placing him in segregation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to follow an order of the court.  There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of August, 2024.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE